[No. 27169-2-III.   Division Three.   June 4, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER JOHN FREEMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 08-1-00332-0, Salvatore F. Cozza, J., entered May 12, 2008. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Schultheis, C.J., and Brown, J.

[Nos. 60802-9-I; 62401-6-I.   Division One.   June 8, 2009.]

*In the Matter of the Detention of* EDWARD K. SMITH, *Appellant*.

*In the Matter of the Personal Restraint of* EDWARD K. SMITH, *Petitioner*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 06-2-05932-6, Larry E. McKeeman, J., entered October 10, 2007, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Agid, J., concurred in by Grosse and Cox, JJ.

[No. 61353-7-I.   Division One.   June 8, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. OSCAR UCEDA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-01112-5, Dean Scott Lum, J., entered February 28, 2008. *Affirmed* by unpublished opinion per Becker, J., concurred in by Grosse and Agid, JJ.